**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ThomasTurmelle,** : | |
| : | |
| : **Civil Action No.: 3:10-cv-01654-WWE** |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **Plaza Associates; and DOES 1-10, inclusive,** : | |
| : | |
| **Defendant.** : | |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>

ThomasTurmelle ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: January 25, 2011**

**Respectfully submitted,**

**PLAINTIFF, ThomasTurmelle**

<u>**/s/ Sergei Lemberg**</u>

**Sergei Lemberg, Esq.**
**LEMBERG & ASSOCIATES L.L.C.**
**1100 Summer Street, 3rd Floor**
**Stamford, CT 06905**
**Telephone: (203) 653-2250**
**Facsimile: (877) 795-3666**
**slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg